## MEMORANDUM DECISIONS

BALLEW v. STATE. (Court of Criminal Appeals of Texas. Dec. 4, 1912.) Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge. S. L. Ballew was convicted of robbery, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was indicted, prosecuted, and convicted of the offense of robbery, and his punishment assessed at 20 years' confinement in the state penitentiary. There is neither a statement of facts nor bills of exception accompanying the record, and, the record being in this condition, there is no ground in the motion for a new trial we can consider. The judgment is affirmed.

CLARK v. STATE. (Court of Criminal Appeals of Texas. Dec. 11, 1912.) Appeal from Criminal District Court, Dallas County; Barry Miller, Judge. Pinkney Clark was convicted of burglary, and appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. The appellant, by proper indictment and correct charge, was convicted of burglary. There is neither statement of facts nor bills of exceptions. The matters attempted to be raised in the motion for new trial cannot be considered without a statement of facts. The judgment is therefore affirmed.

COLEMAN v. STATE. (Court of Criminal Appeals of Texas. Dec. 4, 1912.) Appeal from District Court, Galveston County; Robt. G. Street, Acting Judge. F. Coleman was convicted of robbery with firearms, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of robbery with firearms, and given five years in the penitentiary. The record does not contain a statement of facts nor bills of exception. The indictment was attacked, but under recent decisions by this court it is sufficient. As the record is presented, there is no reversible error, and the judgment is affirmed.

DAVIS v. STATE. (Court of Criminal Appeals of Texas. Dec. 11, 1912.) Appeal from Criminal District Court, Dallas County; Barry Miller, Judge. Bob Davis was convicted, and appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of murder in the second degree; his punishment being assessed at 25 years' confinement in the penitentiary. The record is before us without a statement of facts or bills of exception. There are quite a number of grounds set out in the motion for new trial. None of these, in the absence of statement of facts and bills of exception, can be intelligently reviewed. We are unable to say that any error was committed, or that there is any merit in any of the contentions, in the absence of the statement of facts. The judgment is affirmed.

NOE v. STATE. (Court of Criminal Appeals of Texas. Dec. 11, 1912.) Appeal from Criminal District Court, Dallas County; Barry Miller, Judge. Claude Noe was convicted of burglary, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. The appellant was indicted by proper indictment for burglary, and under a correct charge was convicted. There are neither bills of exceptions nor statement of facts. The question attempted to be raised by the motion for new trial cannot be considered without a statement of facts. The judgment is therefore affirmed.

O'MALLAY v. State. (Court of Criminal Appeals of Texas. Dec. 11, 1912.) Appeal from Criminal District Court, Dallas County; Barry Miller, Judge. John O'Mallay was convicted of burglary, and appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. Under a proper indictment and correct charge appellant was convicted of burglary. There are neither bills of exceptions nor statement of facts. No question is raised by the motion for new trial which can be considered by us without a statement of facts. The judgment is therefore affirmed.

WHITEN v. STATE. (Court of Criminal Appeals of Texas. Dec. 4, 1912.) Appeal from District Court, Harrison County; H. T. Lyttleton, Judge. Willie Whiten was convicted of manslaughter, and he appeals. Reversed and dismissed. Beard & Davidson, of Marshall, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of manslaughter; his punishment being assessed at three years' confinement in the penitentiary. This record is in the same condition as that in the case of Woolen v. State, 150 S. W. 1165, and Mayfield v. State, 151 S. W. 303, recently decided. For the reasons for holding the indictment defective in those cases, the indictment herein will also be held unwarranted by law. Therefore, the judgment is reversed, and the prosecution ordered dismissed.